UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY EUGENE LEWIS,<br><br>     Plaintiff,<br> v.<br><br>PRISON LITIGATION REFORM ACT'S THREE STRIKES RULE,<br><br>     Defendant. | NO. 3:22-cv-05066-DGE-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  The Court, having reviewed the Report and Recommendation of Judge Michelle L. Peterson, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record hereby finds and ORDERS:

  1. The Court ADOPTS the Report and Recommendation (Dkt. No. 4).

  2. Plaintiff's motion to proceed with this action *in forma pauperis* (Dkt. No. 1) is DENIED.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3. Plaintiff is directed to pay the $402.00 filing fee within thirty (30) days of the date on which this Order is signed. Failure to timely submit the filing fee will result in termination of this action.

4. The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 9th day of March, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2